Receipt #Q102421
Original
FILED
MAR 2 2005
U.S. COURT OF FEDERAL CLAIMS
ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BRICKWOOD CONTRACTORS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05- 271C

Honorable .

COMPLAINT

Plaintiff, Brickwood Contractors, Inc. ("Brickwood") complains of defendant United States of America and for its claim of relief against defendant states as follows:

## I. NATURE OF ACTION

1. This is a suit brought under the Contract Disputes Act by a contractor appealing the final decision of the Contracting Officer denying the contractor's claim for payment of an invoice submitted pursuant to a government contract.

## II. PARTIES

2. Plaintiff is Brickwood, a Virginia corporation with its principal place of business in Manassas, Virginia.

3. Defendant is the United States of America acting by and through its authorized agents of the United States Department of Justice, Federal Bureau of Prisons.

## III. JURISDICTION AND VENUE

4. The court has jurisdiction over this action and venue is proper pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-613.

## IV. BACKGROUND

5. On or about July 25, 2003, the defendant, acting by and through the United States Department of Justice, Federal Bureau of Prisons, Northeast Regional Contracting Office, awarded Contract No. J20802c-011 to Brickwood.

6. Pursuant to the Contract, Brickwood was to provide all materials, supplies, manpower, equipment, and expertise necessary to repair and repaint a 500,000 gallon water storage tank located at the Federal Correctional Institution Loretto. As awarded, the contract price was $769,998.00.

7. The Contract incorporates by reference the following clauses which are relevant to this dispute:

FAR 52.232-5, Payments under Fixed-Price Construction Contracts (Sep. 2002);
FAR 52.233-1, Disputes (Alternate 1 Dec. 1991) (Jul. 2002).

8. On or about November 11, 2004, Brickwood submitted Invoice No. 07-Revised to the United States for payment. That invoice requested progress payment in the amount of $83,580.76.

9. By letter dated November 24, 2004, defendant rejected Brickwood's Invoice No. 07-Revised for payment. As a result, the defendant refused to pay any of the amount requested by Brickwood in that progress payment request.

10. By letter dated December 7, 2004, Brickwood submitted to the government a certified claim for payment of Brickwood's Invoice No. 07-Revised in the amount of $83,580.76.

11. More than 60 days have passed since Brickwood submitted its claim and defendant has failed or refused to issue a final decision on Brickwood's claim.

## CAUSE OF ACTION -- BREACH OF CONTRACT

12. Brickwood incorporates by reference paragraphs 1-11 of the Complaint as if fully set forth herein.

13. Pursuant to FAR 52.232-5, defendant is obligated to make progress payments to Brickwood as work proceeds based on proper invoices submitted by Brickwood.

14. Invoice No. 07-Revised submitted by Brickwood is a proper progress payment request, in form and content.

15. Brickwood is entitled to payment of Invoice No. 07-Revised by the government.

16. The refusal by the government to pay Invoice No. 07-Revised violates the government's obligations under the Payments Clause of the Contract.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff respectfully prays for relief as follows:

1. Judgment against the United States in an amount not less than $83,580.76, the exact amount to be proven at trial;

2. Such other and further relief as the court deems just, necessary, and proper.

DATED this 1st day of March, 2005.

BRICKWOOD CONTRACTORS, INC.

By: [signature]
Derek D. Crick, WSBA #28759

PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Counsel of Record for
BRICKWOOD CONTRACTORS, INC.

OF COUNSEL:

Mark G. Jackson
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022