Original

RECEIVED
MAR 2 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

05-271C

Plaintiff(s) or Petitioner(s)

BRICKWOOD CONTRACTORS, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Derek D. Crick

Firm Name: Preston Gates & Ellis LLP

Post Office Box:

Street Address: 925 Fourth Avenue, Suite 2900

City-State-Zip: Seattle, WA 98104-1158

Telephone & Facsimile Numbers: 206-623-7580 206-623-7022

E-mail address: derekc@prestongates.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O J

**See attached Sheet for three digit code.**

Amount Claimed: $ 83,580.76 (not less than)

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003