IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BRICKWOOD CONTRACTORS, INC., Plaintiff, | No. 05-271C |
| v. | HONORABLE CHIEF JUDGE DAMICH |
| THE UNITED STATES, Defendant. | |

MOTION BY COUNSEL FOR PLAINTIFF BRICKWOOD CONTRACTORS, INC. FOR LEAVE TO WITHDRAW

COME NOW counsel for Plaintiff Brickwood Contractors, Inc. ("Brickwood"), Preston Gates & Ellis LLP ("Preston Gates"), and moves this Court for leave to withdraw.

## I. INTRODUCTION

Pursuant to Court of Federal Claims Rule 81.3(c)(5), plaintiff's counsel requests leave to withdraw.

## II. DISCUSSION

Plaintiff filed its complaint on March 2, 2005, and its first amended complaint on April 22, 2005. Defendant has not yet answered.

Pursuant to Court of Federal Claims Rule 81.3(c)(5), no attorney of record for a plaintiff may withdraw such attorney's appearance except by leave of the court on motion and after notice is served on such attorney's client. In accordance with COFC Rule 81.3(c)(5), the undersigned has attached a certification stating: (1) that, concurrent with the filing of the instant motion, a copy of this motion was served on Brickwood by electronic mail and Federal Express; and (2) that Preston Gates has previously informed Brickwood in writing that Preston Gates would be filing a motion for leave to withdraw.

## III. CONCLUSION

For the reasons set forth above, the undersigned counsel requests this Court grant its motion to withdraw, effective immediately.

DATED this 2nd day of May, 2005.

PRESTON GATES & ELLIS LLP

By /s/ Derek D. Crick_____________
Derek D. Crick
Attorneys for Plaintiff
BRICKWOOD CONTRACTORS, INC.

## CERTIFICATION OF COUNSEL

I, Derek D. Crick, am counsel of record for Plaintiff, Brickwood Contractors, Inc. in this action. Pursuant to COFC Rule 81.3(c)(5), I certify that, concurrent with the filing of this Motion By Counsel for Plaintiff Brickwood Contractors, Inc. For Leave to Withdraw, a copy of the motion was served on Brickwood Contractors, Inc. by electronic mail and Federal Express.

I further certify that on April 29, 2005, Preston Gates & Ellis LLP sent by electronic mail and by certified mail, return receipt requested, a letter informing Brickwood Contractors, Inc. that Preston Gates & Ellis LLP would be filing a motion for leave to withdraw.

DATED this 2nd day of May 2005

By /s/ Derek D. Crick_____________
Derek D. Crick

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2005, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

I further certify that on May 2, 2005, I electronically mailed and mailed by Federal Express the foregoing to Brickwood Contractors, Inc.

/s/_Judy Goldfarb____________________
Judy Goldfarb