IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-271C<br>(Chief Judge Damich) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including July 6, 2005, within which to file its response to the amended complaint. Our response is currently due on June 6, 2005. This is defendant's second request for an enlargement of time for this purpose. We previously obtained one extension of 31 days. We have not contacted plaintiff, Brickwood Contractors, Inc., regarding this motion, because plaintiff is not currently represented by counsel.

This enlargement is requested for two reasons. The first reason is that Brickwood Contractors has not been represented by counsel as of May 11, 2005, the date on which the Court granted the motion of attorney Derek Crick to withdraw. We have not received any communications from Brickwood Contractors or Mr. Crick as to whether new counsel will be appearing on behalf of plaintiff. RCFC 83.1(c)(8) requires corporate parties to be represented by counsel, and Brickwood Contractors' failure to retain new counsel calls into doubt its intent to prosecute this case. Accordingly, we request additional time to determine whether a motion to dismiss based upon plaintiff's failure to retain new counsel is appropriate.

The second reason for our request is that defendant requires additional time to investigate the new allegations set forth in the amended complaint. Upon receipt of the amended complaint, defendant promptly sent a copy to the interested agency, the Bureau of Prisons, with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. To date, counsel for the Bureau of Prisons has not obtained and organized all of the relevant information needed to prepare the requested litigation report and suggested response to the amended complaint.

This motion for enlargement is being filed as early as possible, pursuant to the Court's Special Procedures Order. Defendant's counsel expected to receive the litigation report and suggested response from agency counsel by no later than today. Defendant's counsel was not notified until today that agency counsel would not be able to meet this deadline.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 3, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on June 3, 2005, a copy of the foregoing "Defendant's Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp