IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-271C<br>(Chief Judge Damich) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including September 5, 2005, within which to file its response to the amended complaint. We have not contacted plaintiff, Brickwood Contractors, Inc., regarding this motion, because plaintiff is not represented by counsel.

Our response was originally due on May 6, 2005. We obtained one enlargement of 31 days, until June 6, 2005, for our response. On June 3, 2005, we filed a motion for an enlargement of 30 days, until July 6, 2005. That motion is still pending.

This enlargement is requested because plaintiff has not been represented by counsel as of May 11, 2005, the date on which the Court granted the motion of attorney Derek Crick to withdraw. Concurrently with this motion, we are filing a motion to dismiss for failure to prosecute and for failure to comply with RCFC 83.1(c)(8). Because our motion to dismiss is not a motion pursuant to RCFC 12, it does not alter our time for filing a response to the complaint. Accordingly, we request a 60-day enlargement, during which time the Court may consider our motion to dismiss.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

July 1, 2005

Attorneys for Defendant

Certificate Of Filing And Service

I hereby certify that on July 1, 2005, a copy of the foregoing "Defendant's Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I also certify that on this date I caused to be placed in the United States mail (first-class mail, postage paid) a copy of the foregoing "Defendant's Motion For Enlargement Of Time" addressed as follows:

Brickwood Contractors, Inc.
11304 Industrial Road
Manassas, VA 20109

s/Roger A. Hipp