**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BRICKWOOD CONTRACTORS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-271C** |
| | ) | |
| **THE UNITED STATES** | ) | **Honorable Judge Damich** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION FOR LEAVE TO CHANGE PLAINTIFF'S ATTORNEY**

COMES NOW the Plaintiff, Brickwood Contractors, Inc. ("Plaintiff"), pursuant to Rule 83.1(c)(4) of the Rules of the Court of Federal Claims, and moves for leave of Court to change its attorney. In support of its *Motion*, Plaintiff states as follows:

1. On May 2, 2005, Plaintiff's prior counsel, Derek David Crick of Preston, Gates and Ellis, LLP, filed a *Motion to Withdraw* as Plaintiff's counsel in this matter.

2. On May 11, 2005, this Court entered an Order granting Plaintiff's prior counsel's *Motion to Withdraw* and terminating Mr. Crick as Plaintiff's counsel.

3. At this time, Plaintiff has no attorney of record. For this reason, there is no notice of consent annexed to or endorsed on this *Motion* by Plaintiff's prior counsel. Plaintiff requests that the Court find its prior counsel's *Motion to Withdraw* an implicit consent to this change, and not permit such prior counsel 14 days to show cause why this *Motion* should not be allowed.[1]

4. On August 2, 2005, Plaintiff retained Hilary S. Cairnie and Melissa M. Nichols of the law firm of Vorys, Sater, Seymour, and Pease, LLP to serve as Plaintiff's counsel in

[1] On July 1, 2005, the United States filed a Motion to Dismiss based on the fact that Plaintiff, a corporation, was unrepresented by counsel. The United States has indicated that it will withdraw this motion upon the undersigned's appearance in this case as counsel.

this matter. As verification of this retention, Plaintiff attaches an *Affidavit of Appointment*, executed by Plaintiff's counsel. Mr. Hilary Cairnie will serve as lead counsel for Plaintiff.

5. Plaintiff requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the undersigned at the following office addresses and telephone and facsimile numbers and e-mail addresses:

Hilary S. Cairnie, Esq.
VORYS, SATER, SEYMOUR
AND PEASE, LLP
1828 L Street, N.W., Eleventh Floor
Washington, D.C. 20036
Phone: (202) 467-8888
Fax: (202) 533-9026
hilary@vssp.com
*Counsel for Brickwood Contractors, Inc*

Melissa M. Nichols, Esq.
VORYS, SATER, SEYMOUR
AND PEASE, LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia 22314
Phone: (703) 837-6999
Fax: (703) 518-2774
mmnichols@vssp.com
*Of Counsel for Brickwood Contractors, Inc.*

Respectfully Submitted,

/s/ Hilary S. Cairnie
Hilary S. Cairnie, Esq.
Vorys, Sater, Seymour & Pease, LLP
1828 L Street, N.W., Eleventh Floor
Washington, D.C. 20036
Phone: (202) 467-8888
Fax: (202) 533-9026
hilary@vssp.com
*Counsel for Brickwood Contractors, Inc.*

Melissa M. Nichols
Vorys, Sater, Seymour & Pease LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia 22314
Phone: (703) 837-6999
Fax: (703) 518-2774
mmnichols@vssp.com
*Of Counsel for Brickwood Contractors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2005, I electronically filed a true and accurate copy of the foregoing *Motion for Leave to Change Plaintiff's Attorney* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record:

/s/ Hilary S. Cairnie
Hilary S. Cairnie



08/02/2005 - 8596961