**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BRICKWOOD CONTRACTORS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-271C** |
| | ) | |
| **THE UNITED STATES** | ) | **Honorable Judge Damich** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**AFFIDAVIT OF APPOINTMENT**

1. My name is Hilary Cairnie. I am an attorney duly licensed to practice law in the United States Court of Federal Claims.

2. Melissa M. Nichols is an attorney duly licensed to practice law in the United States Court of Federal Claims.

3. Melissa Nichols and I are attorneys with the law firm of Vorys, Sater, Seymour and Pease, LLP.

4. On August 2, 2005, the law firm of Vorys, Sater, Seymour and Pease, LLP was retained as counsel for Plaintiff, Brickwood Contractors, Inc., in the above referenced matter.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: August 2, 2005

Hilary S. Cairnie