**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BRICKWOOD CONTRACTORS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-271C** |
| | ) | |
| **THE UNITED STATES** | ) | **Honorable Judge Damich** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's *Motion for Leave to Change Plaintiff's Attorney*, and there being no good cause shown to not grant the *Motion*, it is

ORDERED that Plaintiff's *Motion for Leave to Change Plaintiff's Attorney* be and the same hereby is, **GRANTED**; and it is further

ORDERED that Hilary S. Cairnie and Melissa M. Nichols of the law firm of Vorys, Sater, Seymour and Pease, LLP be entered in the docket as counsel of record for Plaintiff, Brickwood Contractors, Inc.; and it is further

ORDERED that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon Hilary S. Cairnie and Melissa M. Nichols at the following office addresses and telephone and facsimile numbers and e-mail addresses:

Hilary S. Cairnie, Esq.
VORYS, SATER, SEYMOUR
AND PEASE, LLP
1828 L Street, N.W., Eleventh Floor
Washington, D.C. 20036
Phone: (202) 467-8888
Fax: (202) 533-9026
hilary@vssp.com
*Lead Counsel for Brickwood Contractors, Inc*

Melissa M. Nichols, Esq.
VORYS, SATER, SEYMOUR
AND PEASE, LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia 22314
Phone: (703) 837-6999
Fax: (703) 518-2774
mmnichols@vssp.com
*Of Counsel for Brickwood Contractors, Inc.*

______________________________
HONORABLE JUDGE Damich
United States Court of Federal Claims

WE ASK FOR THIS:

Hilary S. Cairnie___
Hilary S. Cairnie, Esq.
Vorys, Sater, Seymour & Pease, LLP
1828 L Street, N.W., Eleventh Floor
Washington, D.C. 20036
Phone: (202) 467-8888
Fax: (202) 533-9026
hilary@vssp.com
*Counsel for Brickwood Contractors, Inc.*

Melissa M. Nichols
Vorys, Sater, Seymour & Pease LLP
277 S. Washington Street, Suite 310
Alexandria, Virginia 22314
Phone: (703) 837-6999
Fax: (703) 518-2774
mmnichols@vssp.com
*Of Counsel for Brickwood Contractors, Inc.*