IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BRICKWOOD CONTRACTORS, INC., Plaintiff, | ) | |
| v. | ) | No. 05-271C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S ANSWER TO AMENDED COMPLAINT**

For its answer to the amended complaint, defendant, the United States, admits, denies, and alleges as follows:

**I. NATURE OF ACTION**

1. The allegations contained in paragraph 1 constitute plaintiff's characterization of its case and conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

**II. PARTIES**

2. Admits.

3. Admits.

**III. JURISDICTION AND VENUE**

4. The allegations contained in paragraph 4 constitute plaintiff's characterization of its case and conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

**IV. BACKGROUND**

5. Admits.

6. Admits the allegations contained in paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7. contained in paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Admits the allegations contained in the first sentence of paragraph 9 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9. Admits the remainder of the allegations contained in paragraph 9.

10. Denies.

11. Denies.

FIRST CLAIM FOR RELIEF

12. Incorporates answers to paragraphs 1 through 11 of the complaint as if fully set forth herein.

13. The allegations contained in paragraph 13 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

14. Denies.

15. Denies.

16. Denies.

SECOND CLAIM FOR RELIEF

17. Incorporates answers to paragraphs 1 through 16 of the complaint as if fully set forth herein.

18. The allegations contained in paragraph 18 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

19. Admits the allegations contained in paragraph 19 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. The allegations contained in paragraph 20 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied

21. Admits that defendant did not pay all of the costs alleged and sought by Brickwood; otherwise denies the allegations contained in paragraph 21.

22. Admits the allegations contained in paragraph 22 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 22.

23. Admits the allegations contained in paragraph 23 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 23.

24. The allegations contained in paragraph 24 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

THIRD CLAIM FOR RELIEF

25. Incorporates answers to paragraphs 1 through 24 of the complaint as if fully set forth herein.

26. The allegations contained in paragraph 26 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

27. The allegations contained in paragraph 27 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

28. Denies the allegations contained in paragraph 28 for lack of knowledge or information sufficient to form a belief as to their truth.

29. Admits the allegations contained in paragraph 29 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Admits the allegations contained in paragraph 30 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 30.

31. The allegations contained in paragraph 31 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

FOURTH CLAIM FOR RELIEF

32. Incorporates answers to paragraphs 1 through 31 of the complaint as if fully set forth herein.

33. The allegations contained in paragraph 33 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

34. The allegations contained in the first sentence of paragraph 34 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 34.

35. Denies the allegations contained in paragraph 35 for lack of knowledge or information sufficient to form a belief as to their truth.

36. Admits the allegations contained in paragraph 36 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 36.

37. Admits the allegations contained in paragraph 37, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 37.

38. The allegations contained in paragraph 38 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

FIFTH CLAIM FOR RELIEF

39. Incorporates answers to paragraphs 1 through 39 of the complaint as if fully set forth herein.

40. Admits that the location of the Chlorine Building was changed prior to construction; otherwise denies the allegations contained in paragraph 40.

41. Admits the allegation contained in paragraph 41 that plaintiff submitted requests for information; otherwise denies the allegations contained in paragraph 41.

42. The allegations contained in paragraph 42 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

43. Admits the allegations contained in paragraph 43 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Admits the allegations contained in paragraph 44 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45. The allegations contained in paragraph 45 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

SIXTH CLAIM FOR RELIEF

46. Incorporates answers to paragraphs 1 through 45 of the complaint as if fully set forth herein.

47. The allegations contained in paragraph 47 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

48. Admits the allegation contained in paragraph 48 that Brickwood was required to erect and dismantle the temporary water tank on multiple occasions. The remainder of the allegations contained in paragraph 48 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

49. Admits the allegations contained in paragraph 49 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 49.

50. Admits the allegations contained in paragraph 50 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 50.

51. The allegations contained in paragraph 51 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

SEVENTH CLAIM FOR RELIEF

52. Incorporates answers to paragraphs 1 through 51 of the complaint as if fully set forth herein.

53. Admits the allegation contained in paragraph 53 that Brickwood encountered changes during construction; denies the inference of the allegation contained in paragraph 53 that the change to the location for constructing the driveway at the Chlorine Building was due to Government changes; otherwise denies the allegations contained in paragraph 53.

54. The allegations contained in paragraph 54 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

55. Admits the allegations contained in paragraph 55 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 55.

56. Admits the allegations contained in paragraph 56 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 56.

57. The allegations contained in paragraph 57 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

EIGHTH CLAIM FOR RELIEF

58. Incorporates answers to paragraphs 1 through 57 of the complaint as if fully set forth herein.

59. Admits.

60. Admits.

61. Denies the allegations contained in paragraph 61 for lack of knowledge or information sufficient to form a belief as to their truth.

62. Admits the allegations contained in paragraph 62 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 62.

63. Admits the allegations contained in paragraph 63 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 63.

64. The allegations contained in paragraph 64 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

NINTH CLAIM FOR RELIEF

65. Incorporates answers to paragraphs 1 through 64 of the complaint as if fully set forth herein.

66. The allegations contained in the first, third, and fourth sentences of paragraph 66 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits that on some occasions Brickwood sought information and responses from the Government; otherwise denies the allegations contained in the second sentence of paragraph 66 for lack of knowledge or information sufficient to form a belief as to their truth.

67. Admits the allegations contained in the first sentence of paragraph 67. Denies the allegations contained in the second sentence of paragraph 67 for lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third and fourth sentences of paragraph 67 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies

the allegations contained in the third and fourth sentences of paragraph 67.

68. The allegations contained in paragraph 68 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

69. The allegations contained in paragraph 69 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

70. The allegations contained in paragraph 70 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

71. Denies that plaintiff is entitled to the relief requested in the prayer for relief immediately following paragraph 70, or to any relief whatsoever.

72. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:

MARY E. CARNEY
Assistant General Counsel
Federal Bureau of Prisons
Washington, DC

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

September 6, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on September 6, 2005, a copy of the foregoing "Defendant's Answer To Amended Complaint" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp