# In the United States Court of Federal Claims

No. 05-271 C
(Filed: October 20, 2005)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## Order

On October 17, 2005, Plaintiff's counsel filed a Motion for Leave to Withdraw from Representation of Plaintiff. This is the second time that a counsel for Plaintiff has requested to withdraw. On May 2, 2005, Plaintiff's prior counsel requested leave to withdraw, and it was not until after Defendant filed a Motion to Dismiss for Failure to Prosecute that Plaintiff retained the present counsel on August 2, 2005.

**On or before November 18, 2005,** Plaintiff is hereby ORDERED to obtain new counsel, as required pursuant to RCFC 83.1(c)(8), or the Court will entertain a new motion by defendant to dismiss for failure to prosecute.

Plaintiff's counsel's motion will be granted upon the filing of a notice to this Court that a copy of this order has been delivered to Plaintiff on or before October 27, 2005. A status conference will be scheduled upon receiving the notice by Plaintiff's counsel.

The joint preliminary status report, due on October 28, 2005, is hereby postponed until further order by this Court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge