**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BRICKWOOD CONTRACTORS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 05-271C** |
| | ) | **Chief Judge Damich** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF PLAINTIFF'S COUNSEL RELATING TO COUNSEL'S MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF BRICKWOOD CONTRACTORS, INC.

COMES NOW, Hilary S. Cairnie and the Law Firm of Vorys, Sater, Seymour and Pease LLP ("Vorys"), counsel for Plaintiff Brickwood Contractors, Inc. ("Plaintiff"), pursuant to this Court's Order, filed October 20, 2005, and in support of its pending motion to withdraw as counsel for Plaintiff, to apprise the Court of counsel's efforts to deliver to Plaintiff a copy of the October 20, 2005 Order.

1. For reasons unknown to counsel, he did not receive the October 20, 3005 Order until November 15, 2005. Upon receipt thereof, counsel forwarded by e-mail a copy of the to the client's designated point of contact (vkalos@aol.com).

2. On November 16, 2005, counsel faxed a copy of the Order to the client's offices, at the fax number designated by the client at the time the engagement was first secured. On that same date, I mailed a copy of the Order (first class mail, under transmittal letter, copy attached hereto).

**CONCLUSION**

For the foregoing reasons, counsel respectfully requests that the Court grant the pending motion to withdraw as counsel to Plaintiff.

Hilary S. Cairnie, Esq.
Vorys, Sater, Seymour and Pease, LLP
1828 L Street, N.W., Eleventh Floor
Washington, D.C. 20036
Phone: (202) 467-8888
Fax: (202) 533-9026
hscairnie@vssp.com

Counsel of Record
*Brickwood Contractors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which, I understand, will send notification of such filing to all parties of record by operation of the Court's electronic filing system Parties may access this filing through the Court's system.

I also certify that on this 17th day of November, 2005, a true and accurate copy of the foregoing was sent by first class mail, postage pre-paid, to:

Peter Kalos
President
Brickwood Contractors, Inc.
c/o BCI Construction of Manassas
11304 Industrial Road
Manassas, VA 20109

Hilary S. Cairnie

Vorys, Sater, Seymour and Pease LLP

Eleventh Floor • 1828 L Street, NW • Washington, DC 20036-5109 • Telephone (202) 467-8800 • Facsimile (202) 467-8900

Arthur I. Vorys 1856-1933
Lowry F. Sater 1867-1935
Augustus T. Seymour 1873-1926
Edward L. Pease 1873-1924

In Columbus
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216-1008
Telephone (614) 464-6400
Facsimile (614) 464-6340

In Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone (216) 479-6100
Facsimile (216) 479-6060

In Cincinnati
Suite 2000 • Atrium II
221 East Fourth Street
Post Office Box 0236
Cincinnati, Ohio 45201-0236
Telephone (513) 723-4000
Facsimile (513) 723-4056

In Alexandria
277 South Washington Street
Suite 310
Alexandria, Virginia 22314-3646
Telephone (703) 837-6999
Facsimile (703) 549-4492

In Akron
106 South Main Street
Suite 1100
Akron, Ohio 44308-1417
Telephone (330) 208-1000
Facsimile (330) 208-1001

Hilary S. Cairnie
Direct Dial (202) 467-8888
Facsimile (202) 533-9026
E-Mail - hilary@vssp.com

November 16, 2005

**VIA FACSIMILE**

Peter Kalos
President
BCI Construction of Manassas, VA
11304 Industrial Road
Manassas, VA 20109-3910

Re: *Brickwood v. United States*, COFC No. 05-271C

Dear Peter:

Please see attached Order from the Court in the above referenced case. Although it file dated October 20, 2005, I just learned of this Order yesterday via e-mail from Judge Damich's law clerk. A copy was e-mailed to you last evening (Attention Veron), and faxed to your office this morning. And, with this letter and mail transmittal I am attempting for the third time to get this Order in front of you. I will advise the Court this morning of my prompt attempts to serve you with this Order.

You are required to retain substitute counsel by NOVEMBER 18, 2005, or else the Court will allow the Government to renew its motion to dismiss for failure to prosecute claim.

Sincerely,

Hilary S. Cairnie

HSC/hsc

Enclosure

# In the United States Court of Federal Claims

No. 05-271 C
(Filed: October 20, 2005)

*******************************************
BRICKWOOD CONTRACTORS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*******************************************

**Order**

On October 17, 2005, Plaintiff's counsel filed a Motion for Leave to Withdraw from Representation of Plaintiff. This is the second time that a counsel for Plaintiff has requested to withdraw. On May 2, 2005, Plaintiff's prior counsel requested leave to withdraw, and it was not until after Defendant filed a Motion to Dismiss for Failure to Prosecute that Plaintiff retained the present counsel on August 2, 2005.

**On or before November 18, 2005,** Plaintiff is hereby ORDERED to obtain new counsel, as required pursuant to RCFC 83.1(c)(8), or the Court will entertain a new motion by defendant to dismiss for failure to prosecute.

Plaintiff's counsel's motion will be granted upon the filing of a notice to this Court that a copy of this order has been delivered to Plaintiff on or before October 27, 2005. A status conference will be scheduled upon receiving the notice by Plaintiff's counsel.

The joint preliminary status report, due on October 28, 2005, is hereby postponed until further order by this Court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge