# In the United States Court of Federal Claims

No. 05-271 C
(Filed: November 29, 2005)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## <u>Order</u>

On October 20, 2005, Plaintiff was ordered to obtain new counsel on or before November 18, 2005, however, Plaintiff's then-current counsel, who was seeking to withdraw, did not confirm delivery of that order to Plaintiff until November 17, 2005.

Plaintiff is hereby ordered to obtain new counsel, and to file notification of such, by **December 16, 2005**. If Plaintiff fails to obtain and file notice of new counsel by that date, this case will be dismissed for failure to prosecute and for failure to heed the Court's orders.

The Clerk of Court is ORDERED to deliver a copy of this order to Plaintiff by Federal Express (two-day delivery) at the following address:

Mr. Peter Kalos
Brickwood Contractors, Inc.
11304 Industrial Road
Manassas, VA 20109-3910

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge