# In the United States Court of Federal Claims

No. 05-271 C
(Filed: December 20, 2005)

****************************************
**BRICKWOOD CONTRACTORS, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**Order**

On October 20, 2005, Plaintiff was ordered to obtain new counsel on or before November 18, 2005. On November 29, 2005, this deadline was extended until December 16, 2005. Plaintiff, however, has failed to obtain new counsel. Pursuant to Rule 83.1(c)(8), a corporation must be represented by counsel.

Accordingly, the Clerk of the Court is hereby ORDERED to dismiss the case without prejudice. Plaintiff may refile its claim at a later date, providing that it retains counsel.

The Clerk of the Court is further ORDERED to mail a copy of this ORDER to Plaintiff at the following address:

Mr. Peter Kalos
Brickwood Contractors, Inc.
11304 Industrial Road
Manassas, VA 20109-3910

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge